United States District Court
Southern District of Texas
**ENTERED**
March 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RSUI INDEMNITY COMPANY, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-04556 |
| UNITED STATES ex rel. MICHAEL ANDREW HARRINGTON, *et al.*, | § § § § | |
| Defendant. | | |

## ORDER

Plaintiff RSUI Indemnity Company has filed a Notice of Dismissal. ECF No. 3. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to administratively **CLOSE** this case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 7, 2024.

Keith P. Ellison
United States District Judge